Faurot v. Barton et al                                                                                    Doc. 4

Case 1:06-cv-01005-AWI-SMS   Document 4   Filed 08/08/2006   Page 1 of 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CONRAD FAUROT, II, ) | 1:06-cv-01005-AWI-SMS |
| ) | |
| Plaintiff, ) | ORDER DIRECTING PLAINTIFF TO FILE |
| ) | A COMPLETED IN FORMA PAUPERIS |
| ) | APPLICATION WITH CERTIFICATE AND |
| v. ) | TRUST ACCOUNT STATEMENT WITHIN |
| ) | THIRTY DAYS |
| TODD H. BARTON, Executive ) | |
| Officer, et al., ) | ORDER DIRECTING THE CLERK TO SEND |
| ) | TO PLAINTIFF A BLANK IN FORMA |
| Defendants. ) | PAUPERIS APPLICATION FOR A PERSON |
| ) | IN CUSTODY |
| _____) | |

Plaintiff is a state prisoner proceeding pro se with an action for relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

The complaint was filed on August 2, 2006. However, Plaintiff has neither paid the $350.00 filing fee[1] nor submitted an application to proceed in forma pauperis.

Plaintiff is required to submit an original, signed prison

---

[1] The filing fee for civil actions is $350.00. 28 U.S.C. § 1914, as amended effective April 8, 2006. Pub. L. 109-171, 120 Stat. 4, February 8, 2006.

1

1  trust account statement that includes the entire six-month period
2  immediately preceding the filing of the complaint. See 28 U.S.C.
3  § 1915(a)(2). Plaintiff will be provided the opportunity either
4  to pay the $250.00 filing fee or submit a completed application,
5  with a signed certificate, and an original certified copy of his
6  trust account statement covering the full six-month period in
7  support of his request to proceed in forma pauperis.

   Accordingly, IT IS ORDERED that

   1. Plaintiff IS DIRECTED either to pay the $350.00 filing fee or to file a completed application to proceed in forma pauperis, accompanied by a signed certificate and a trust account statement for the full six-month period preceding the filing of the complaint, no later than thirty days after the date of service of this order; and

   2. The Clerk of Court IS DIRECTED to send to Plaintiff with this order a copy of a blank application to proceed in forma pauperis for a person in custody; and

   3. Plaintiff is informed that a failure to comply in a timely fashion with the Court's directions will be considered to be a failure to comply with an order of the Court within the meaning of Local Rule 11-110 and may result in dismissal of the action.

IT IS SO ORDERED.

**Dated:   August 7, 2006**              /s/ Sandra M. Snyder
icido3                                   UNITED STATES MAGISTRATE JUDGE

2