UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CONRAD FAUROT, II,<br><br>               Plaintiff,<br><br>  v.<br><br>TODD H. BARTON, Executive Officer, et al.,<br><br>              Defendants. | 1:06-cv-01005-AWI-SMS<br><br>ORDER DIRECTING PLAINTIFF TO FILE A COMPLETED IN FORMA PAUPERIS APPLICATION WITH CERTIFICATE AND TRUST ACCOUNT STATEMENT WITHIN THIRTY DAYS<br><br>ORDER DIRECTING THE CLERK TO SEND TO PLAINTIFF A BLANK IN FORMA PAUPERIS APPLICATION FOR A PERSON IN CUSTODY |

    Plaintiff is a state prisoner proceeding pro se with an action for relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    The complaint was filed on August 2, 2006. However, Plaintiff has neither paid the $350.00 filing fee[1] nor submitted an application to proceed in forma pauperis.

    Plaintiff is required to submit an original, signed prison

---

[1] The filing fee for civil actions is $350.00. 28 U.S.C. § 1914, as amended effective April 8, 2006. Pub. L. 109-171, 120 Stat. 4, February 8, 2006.

1

1 trust account statement that includes the entire six-month period
2 immediately preceding the filing of the complaint. See 28 U.S.C.
3 § 1915(a)(2). Plaintiff will be provided the opportunity either
4 to pay the $250.00 filing fee or submit a completed application,
5 with a signed certificate, and an original certified copy of his
6 trust account statement covering the full six-month period in
7 support of his request to proceed in forma pauperis.

8      Accordingly, IT IS ORDERED that

9      1. Plaintiff IS DIRECTED either to pay the $350.00 filing
10 fee or to file a completed application to proceed in forma
11 pauperis, accompanied by a signed certificate and a trust account
12 statement for the full six-month period preceding the filing of
13 the complaint, no later than thirty days after the date of
14 service of this order; and

15      2. The Clerk of Court IS DIRECTED to send to Plaintiff with
16 this order a copy of a blank application to proceed in forma
17 pauperis for a person in custody; and

18      3. Plaintiff is informed that a failure to comply in a
19 timely fashion with the Court's directions will be considered to
20 be a failure to comply with an order of the Court within the
21 meaning of Local Rule 11-110 and may result in dismissal of the
22 action.

23 IT IS SO ORDERED.

24 **Dated:   August 7, 2006**              **/s/ Sandra M. Snyder**
   icido3                             UNITED STATES MAGISTRATE JUDGE