1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

10    MARK CONRAD FAUROT, II,                    1:06-CV-01005-AWI-SMS

11                 **Plaintiff,**                           **ORDER ADOPTING FINDINGS AND**
                                                          **RECOMMENDATIONS (Doc. 20)**
12           vs.
                                                          **ORDER DISMISSING COMPLAINT**
13    TODD H. BARTON, Executive Officer, et      **WITHOUT LEAVE TO AMEND AND**
      al.,                                        **DIRECTING CLERK OF COURT TO**
14                 **Defendants.**                        **CLOSE ACTION**
                                          /
15

16          Plaintiff is proceeding pro se with an action for damages and other relief concerning

17    alleged civil rights violations.  The matter has been referred to the Magistrate Judge pursuant to

18    28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

19          On October 24, 2007, the Magistrate Judge reviewed Plaintiff's first amended complaint.

20    The Magistrate Judge determined the complaint failed to state a claim, and she filed Findings and

21    Recommendations that recommended the complaint be dismissed without leave to amend. The

22    Findings and Recommendations were served on Plaintiff and gave notice that any objections to

23    the Findings and Recommendations were to be filed within ten (10) days.  No objections have

24    been filed.

25          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305,

26    this court has conducted a de novo review of this case.  Having carefully reviewed the entire file,

27    the court finds the Findings and Recommendations to be supported by the record and by proper

28    analysis.    Normally, the court allows pro se litigants, such as Plaintiff, notice of a complaint's

1

1    pleading deficiencies and an opportunity to amend prior to dismissing an action.  See  Lopez v.

2    Smith, 203 F.3d 1122 (9ᵗʰ Cir. 2000);  Noll v. Carlson, 809 F. 2d 1446, 1448 (9ᵗʰ Cir. 1987).

3    Here, Plaintiff has already been given this notice and an opportunity to amend, but the

4    complaint's deficiencies remain.   Plaintiff is either unable or unwilling at allege facts that would

5    state a claim.

6          Accordingly, IT IS HEREBY ORDERED that:

7        1.     The Findings and Recommendations, filed October 24, 2007, are ADOPTED IN

8            FULL;

9        2.     Plaintiff's first amended complaint, filed October 13, 2006, is DISMISSED

10           without leave to amend; and

11        3.     The Clerk of the Court is DIRECTED to close this file.

12

   IT IS SO ORDERED.

13

   **Dated:   November 28, 2007**               **/s/ Anthony W. Ishii**

14                                       UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28